# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARVA J. RADKE, Individually and**
**As Special Administratrix of the Estate**
**Of Laverne L. Radke, deceased**                                        **PLAINTIFF**

**VS.**                                   **NO. 4:19CV0418 JM**

**THE HANOVER INSURANCE COMPANY**
**And STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                        **DEFENDANTS**

## ORDER

The Court has been advised that the parties have reached a settlement in this case.

Accordingly, this case is dismissed with prejudice.   The clerk is directed to close the case.   The

Court will retain jurisdiction for thirty (30) days to allow the parties to complete the terms of the

settlement.

IT IS SO ORDERED this 10th day of June, 2020.

_____
James M. Moody Jr.
United States District Judge